**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT  DESIGNATED  FOR  PUBLICATION

Gregory Jean Louis
Camp J, Cuda 3/L #7 DOC No. 121703
Louisiana State Prison
Angola, LA 70712

**REHEARING ACTION: August 24, 2011**

**Docket Number: 10   01188-KH**

**STATE OF LOUISIANA**
**VERSUS**
**GREGORY JEAN LOUIS**

**Writ Application from Lafayette Parish Case No. 66602**

**BEFORE JUDGES:**

    **Hon. Sylvia R. Cooks**
    **Hon. Marc T. Amy**
    **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Gregory Jean Louis** has this day been

    **DENIED.**

cc: Michael Harson, Counsel for  the Respondent